JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO HERNANDEZ-COLCHADO,<br><br>Defendant. | NO. CR12-303 RAJ<br><br>ORDER GRANTING MOTION TO SEAL APPENDIX D TO DEFENDANT'S SENTENCE RECOMMENDATION AND MEMORANDUM |

THIS MATTER having come before the undersigned on the motion of Defendant, Alejandro Hernandez-Colchado, and Assistant Federal Public Defender Michael Filipovic, in that he be permitted to file the Appendix D to Defendant's Sentence Recommendation and Memorandum under seal, it is hereby

ORDERED that the Defendant's motion to seal (Dkt. #29) is GRANTED. Defendant shall be permitted to file under seal Appendix D to Defendant's Sentence Recommendation and Memorandum, currently filed under Dkt. #30. Counsel for Defendant is directed to file a redacted version in the public record.

DATED this 28th day of March, 2013.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO SEAL APPENDIX D TO DEFENDANT'S
SENTENCE RECOMMENDATION AND MEMORANDUM - 1
(*Alejandro Hernandez-Colchado*; CR12-303 RAJ)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Ave., Suite 700
Seattle, Washington  98101
(206) 553-1100